# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For Revocation of Supervised Release) |
| v. | |
| | Case Number: 8:03-cr-251-T-23TGW |
| ROBERT BENJAMIN JOHNSON | USM Number: 41229-018 |
| | |
| | Defendant's Attorney: Mary Mills, fpd |

The defendant admits committing the violations charged in numbered paragraphs six through ten and denies committing the violations charged in numbered paragraphs one through five. The court heard testimony and adjudicates the defendant guilty of committing the violations charged in numbered paragraphs one through ten of the September 27, 2007, second superseding petition (Doc. 192).

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| One | New criminal conduct, carry concealed firearm | 12/29/06 |
| Two | New criminal conduct, possession of a firearm by a convicted felon | 12/29/06 |
| Three | New criminal conduct, possession of a firearm by a convicted felon | 12/29/06 |
| Four | New criminal conduct, possession of methamphetamine | 12/29/06 |
| Five | New criminal conduct, possession of drug paraphernalia | 12/29/06 |
| Six | Failure to notify ten days prior to changing residence | 12/11/06 |
| Seven | Failure to submit to urinalysis | 12/05/06 |
| Eight | Failure to submit to urinalysis | 12/13/06 |
| Nine | Failure to participate in drug aftercare treatment | 12/15/06 |
| Ten | Failure to comply with home detention program | 12/01/06 |

The defendant is sentenced as provided in pages two through three of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 in consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission.

The defendant must notify the United States attorney for this district within thirty (30) days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

October 2, 2007
Date of Imposition of Sentence

Steven D. Merryday
UNITED STATES DISTRICT JUDGE

October 2nd, 2007
Date

DEFENDANT: ROBERT BENJAMIN JOHNSON  
CASE NUMBER: 8:03-cr-251-T-23TGW  
Judgment - Page  2  of  3

## IMPRISONMENT

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **thirty (30) months.**

   _X_     The court makes the following recommendations to the Bureau of Prisons: **Incarceration at a facility in Coleman, Florida; participation in the 500-hour residential drug treatment program.**

   _X_     The defendant is remanded to the custody of the United States Marshal.

   ___     The defendant shall surrender to the United States Marshal for this district:

         ___ at _____ a.m.   p.m.  on _____.

         ___ as notified by the United States Marshal.

   ___     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

         ___ before 2 p.m. on _____.

         ___ as notified by the United States Marshal.

         ___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By _____  
DEPUTY UNITED STATES MARSHAL

DEFENDANT: ROBERT BENJAMIN JOHNSON            Judgment - Page  3  of  3
CASE NUMBER: 8:03-cr-251-T-23TGW

## SUPERVISED RELEASE

No term of supervised release is imposed.